No. 5744.—FELIÚ, ET AL., apldos., *v.* SANTIAGO, aplte.—C. D. San Juan. Junio 23, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

POR CUANTO, dictada sentencia en este pleito decretando el desahucio del demandado éste apeló de ella el 2 de junio en curso;

POR CUANTO, el demandado no ha depositado en la corte de distrito las cantidades debidas, dentro de los cinco días concedidos por la sección 12 de la Ley de Desahucio;

POR CUANTO, si bien la corte inferior concedió al apelante una prórroga que vencería después de dichos cinco días para consignar las cantidades debidas, tal prórroga es nula, según lo hemos declarado en el caso de *Figueroa* v. *Sepúlveda,* 24 D.P.R., 690;

POR TANTO, se desestima la presente apelación, a instancia del apelado.